RAINES FELDMAN LLP
Miles J. Feldman (Bar No. 173383)
　　mfeldman@raineslaw.com
Laith D. Mosely (Bar No. 250832)
　　lmosely@raineslaw.com
Sheri Guerami (Bar No. 265231)
　　sguerami@raineslaw.com
9720 Wilshire Boulevard, 5th Floor
Beverly Hills, California 90212
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Woven Digital, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPENHEIMER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WOVEN DIGITAL, LLC dba www.brobible.com, DOES 1 through 10,<br><br>　　　　　Defendants | Case No. 14-cv-5607-MWF (JEM)<br><br>**WOVEN DIGITAL, LLC'S ANSWER TO THE COMPLAINT** |

Defendant Woven Digital, LLC ("Defendant") files this Answer to the Complaint (the "Complaint") of Plaintiff, David Oppenheimer, as follows:

## THE PARTIES

1. In response to paragraph 1 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained therein.

2. In response to paragraph 2 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained therein.

3. In response to paragraph 3 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained therein.

4. In response to paragraph 4 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained therein.

5. Defendant admits the allegations in paragraph 5 of the Complaint.

6. In response to paragraph 6 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

7. In response to paragraph 7 of the Complaint, Defendant is without knowledge or information as to the identity of Doe Defendants and therefore can neither admit nor deny the role of unknown Defendants as principals, officers, directors, agents, employees, representatives, and/or co-conspirators with other defendants. Defendant does, however, deny entry into a conspiracy and the alleged commission of wrongful acts described in the Complaint. Defendant also denies the allegation of aiding and abetting, relating thereto. Defendant also denies allegations below in the Complaint.

## JURISDICTION AND VENUE

8. In response to paragraph 8, Defendant adopts and incorporates its response to paragraphs 1-7 above.

9. Defendant admits the allegations in paragraph 9 of the Complaint.

10. Defendant admits the allegations in paragraph 10 of the Complaint.

11. Defendant admits the allegations in paragraph 11 of the Complaint.

12. Defendant admits the allegations in paragraph 12 of the Complaint.

## FACTUAL ALLEGATIONS

13. In response to paragraph 13, Defendant adopts and incorporates its response to paragraphs 1-12 above.

14. In response to paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

15. Defendant admits the allegations in paragraph 15 of the Complaint.

16. Defendant admits the allegations in paragraph 16 of the Complaint, as of the time of the Complaint's filing.

17. Defendant admits the allegations in paragraph 17 of the Complaint, as of the time of the Complaint's filing.

18. In response to paragraph 18 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

19. In response to paragraph 19 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

20. In response to paragraph 20 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

21. In response to paragraph 21 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

22. In response to paragraph 22 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein, except that it denies that it unlawfully copied, displayed, and distributed the registered photograph without a license on its commercial websites to advertise its services.

23. In response to paragraph 23 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

24. In response to paragraph 24 of the Complaint, is without knowledge or information sufficient to admit or deny the allegations contained herein. Due to the quality of Exhibit 1, attached to Plaintiff's Complaint, Defendant is without knowledge or information sufficient to admit or deny the contents of that Exhibit.

25. Defendant denies the allegations in paragraph 25 of the Complaint.

26. Defendant denies the allegations in paragraph 26 of the Complaint.

27. Defendant denies the allegations in paragraph 27 of the Complaint.

## FIRST COUNT

(Copyright Infringement Pursuant to 17 U.S.C. §§ 106 and 501)

28. In response to paragraph 28, Defendant adopts and incorporates its response to paragraphs 1-27 above.

29. In response to paragraph 29 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

30. In response to paragraph 30 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations contained herein.

31. Defendant denies the allegations in paragraph 31 of the Complaint.
32. Defendant denies the allegations in paragraph 32 of the Complaint.
33. Defendant denies the allegations in paragraph 33 of the Complaint.
34. Defendant denies the allegations in paragraph 34 of the Complaint.
35. Defendant denies the allegations in paragraph 35 of the Complaint.
36. Defendant denies the allegations in paragraph 36 of the Complaint.
37. Defendant denies the allegations in paragraph 37 of the Complaint.
38. Defendant denies the allegations in paragraph 38 of the Complaint.
39. Defendant denies the allegations in paragraph 39 of the Complaint.
40. Defendant denies the allegations in paragraph 40 of the Complaint.
41. Defendant denies the allegations in paragraph 41 of the Complaint.
42. Defendant denies the allegations in paragraph 42 of the Complaint.

## PRAYER FOR RELIEF

1. Defendant denies Plaintiff's right to the relief requested.
2. Defendant denies Plaintiff's right to the relief requested.
3. Defendant denies Plaintiff's right to the relief requested.
4. Defendant denies Plaintiff's right to the relief requested.
5. Defendant denies Plaintiff's right to the relief requested.
6. Defendant denies Plaintiff's right to the relief requested.
7. Defendant denies Plaintiff's right to the relief requested.

## DEFENDANT'S AFFIRMATIVE DEFENSES TO COMPLAINT

As for separate and complete affirmative defenses, Woven Digital, LLC alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### Failure to State a Claim

The Complaint, as well as each and every alleged claim for relief therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### Laches

Plaintiff has unreasonably delayed in asserting his legal rights against Defendant and his Complaint, as well as each and every alleged claim for relief therein, is barred by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE
### Waiver

The Complaint, as well as each and every alleged claim for relief therein, is barred by the doctrine of waiver.

## FOURTH AFFIRMATIVE DEFENSE
### Estoppel

The Complaint, as well as each and every alleged claim for relief therein, is barred by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE
### Good Faith

Defendant acted at all times in good faith and with good, sufficient and legal cause, had no knowledge or reasonable grounds to believe in the existence of any of the facts now complained of and did not negligently, knowingly or intentionally harm Plaintiff or violate any laws.

## SIXTH AFFIRMATIVE DEFENSE
### No Fault

Defendant alleges that the harm and damages alleged in Plaintiff's Complaint was caused by the actions and conduct of Plaintiff or persons or entities other than Defendant, and for which Defendant is not liable, and that no actions or conduct by or attributed to Defendant was the cause in fact or proximate cause of any damages allegedly suffered by Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE
## Adequate Legal Remedy – Injunctive Relief

Plaintiff is barred from claiming or obtaining injunctive relief on the grounds that adequate legal remedies exist.

## EIGHTH AFFIRMATIVE DEFENSE
## Failure to Mitigate

Plaintiff is not entitled to recover for its damages, if any, to the extent that he has failed to mitigate or reasonably attempt to mitigate his damages as required by law.

## NINTH AFFIRMATIVE DEFENSE
## Lack of Improper Purpose or Intent

Defendant's conduct with respect to Plaintiff was without malice, spite, or conscious, reckless or negligent disregard of any purported rights of Plaintiff, without improper purpose or ill-will of any kind, and without the employment of any improper, wrongful or illegal methods. Consistent with the forgoing, Defendant did not directly or indirectly perform or fail to perform any act that constitutes a violation of any purported rights of Plaintiff or a violation of any duties or obligations purportedly owed to him.

## TENTH AFFIRMATIVE DEFENSE
## Speculative Damages

The Complaint, as well as each and every alleged claim for relief therein, is barred in whole or in part because the damages alleged by Plaintiff are vague, uncertain, imaginary and speculative.

WHEREFORE, Defendant prays as follows:

1. That Plaintiff take nothing by reason of his Complaint, that judgment be rendered in favor or Defendant;

2. That Defendant be awarded its costs of suit incurred in defense of this action; and

3. For such other relief as the Court deems proper.

Respectfully submitted,

Dated: September 25, 2014           RAINES FELDMAN LLP


                                    By:   */s/ Laith D. Mosely*
                                          LAITH D. MOSELY
                                    Attorneys for Woven Digital, LLC

-8-
WOVEN DIGITAL, LLC'S ANSWER TO THE COMPLAINT