UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 14-5607-MWF(JEMx)**                              Dated: **November 20, 2014**

Title:       David Oppenheimer -v- Woven Digital, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

  Rita Sanchez                              None Present
  Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                              None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice of Settlement [14] filed November 20, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for January 5, 2015 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk   rs
CIVIL - GEN