ADAM I. GAFNI (CA Bar # 230045)
WOOLF GAFNI & CIRLIN LLP
10850 Wilshire Blvd, Suite 510
Los Angeles, California 90024
Tel:  310-474-8776
Fax:  310-919-3037
Email: adam.gafni@wgfllp.com

JS-6

Attorney for Plaintiff,
DAVID OPPENHEIMER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPENHEIMER,<br><br>               Plaintiffs,<br><br>vs.<br><br>WOVEN DIGITAL, LLC dba www.brobible.com, DOES 1 through 10,<br><br>               Defendants | Case No. CV-14-5607-MWF-JEM<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**

1

# ORDER

The Court, having considered the Stipulation for Dismissal filed by Plaintiff David Oppenheimer and Defendant Woven Digital, LLC dba www.brobible.com, and GOOD CAUSE appearing, hereby orders as follows:

This entire Action is hereby dismissed with prejudice as to Defendant Woven Digital, LLC dba www.brobible.com, each Party, i.e., Oppenheimer and Woven Digital, to bear his or its own costs of suit and attorneys' fees.

**IT IS SO ORDERED**.

DATED: December 11, 2014     _____
                              United States District Judge

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**